**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Herbert Pitts,                                                    Civ. No. 20-0883 (PJS/BRT)

               Petitioner,

v.                                                                          **ORDER**

Warden Duffield (Illinois Department of
Corrections), and State of Minnesota,

               Defendant.

---

This matter comes before the Court on Plaintiff Herbert Pitts' motion requesting

appointment of counsel, filed on May 6, 2020. (Doc. No. 4.) In his motion, Plaintiff

requests that an appellate public defender who represented him previously be appointed

to represent him in this matter. For the reasons that follow, Plaintiff's request for

appointment of counsel (Doc. No. 4) is denied without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed

in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998) (citing *Wiggins v.*

*Sargent*, 753 F.2d 663, 668 (8th Cir. 1985)); *see also In re Lane*, 801 F.2d 1040, 1042

(8th Cir. 1986) ("The decision to appoint counsel in civil cases is committed to the

discretion of the district court.") (citing *Nelson v. Redfield Lithograph Printing*, 728 F.2d

1003, 1004 (8th Cir. 1984)). Review of the Petition (Doc. No. 1) and Defendant's

pending Motion to Dismiss (Doc. Nos. 14, 15) suggests this case is not significantly more

1

complicated than other habeas petitions filed in this Court. Accordingly, appointment of

counsel does not appear warranted at this time.

**IT IS HEREBY ORDERED** that:

1.      Petitioner's request for the appointment of counsel (Doc. No. 4) is

        **DENIED WITHOUT PREJUDICE**; and

2.      Petitioner must respond to Defendant's Motion to Dismiss (Doc. No. 14) no

        later than **June 29, 2020**.


Dated: May 28, 2020                                   *s/ Becky R. Thorson*
                                                      BECKY R. THORSON
                                                      United States Magistrate Judge