# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Herbert Pitts,                                                    Civ. No. 20-883 (PJS/BRT)

          Petitioner,

v.

                                                  **ORDER**

Warden Duffield,

          Respondent.

Herbert Pitts, *pro se* Petitioner.

Edwin William Stockmeyer, III, Esq., and Matthew Frank, Esq., Office of the Minnesota Attorney General, and Jeffrey Wald, Esq., and Thomas M. Ragatz, Esq., Ramsey County Attorney's Office, counsel for Respondent.

      Based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.      Respondent's Motion to Dismiss (Doc. No. 14) is **GRANTED**;

      2.      Petitioner's Petition for a writ of habeas corpus (Doc. No. 1) is **DENIED**;

      3.      A certificate of appealability **NOT BE GRANTED**; and

      4.      Judgment be entered accordingly.

Date: December 28, 2020

                                                                 PATRICK J. SCHILTZ
                                                                 United States District Court Judge